# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0430. MICHAEL D. YOUNG v. JUANITA WALLER.**

Upon consideration, this application for discretionary appeal is hereby DENIED.

In addition, the respondent to this application has filed a motion for a frivolous appeal penalty, asking this Court to impose a penalty of up to $2,500. See Court of Appeals Rule 7 (e) (2). We decline to impose sanctions at this time, and the motion is hereby DENIED. However, we caution the applicant that, pursuant to Court of Appeals Rule 7 (e) (2), this Court is empowered to impose sanctions upon a party who files a frivolous appeal or application. Future filings that have no substantial basis in law or fact may result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/07/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*